# EXHIBIT 1

**Registration #:**   VA0002463567
**Service Request #:**   1-15000406071



Witmart Inc
Melody Wang
10190 Harwin Dr.  Ste B,
Houston, Texas 77036 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-463-567

**Effective Date of Registration:**
September 15, 2025
**Registration Decision Date:**
September 17, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   December 29, 2023 to December 29, 2023

## Title

**Title of Group:** Tic Tac Toe Bolt
**Number of Photographs in Group:** 20

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** December 29, 2023
**Latest Publication Date in Group:** December 29, 2023
**Nation of First Publication:** China

## Author

- **Author:** FS GIIKER TECHNOLOGY CO., LTD.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** FS GIIKER TECHNOLOGY CO., LTD.
R2 Fl.1 Building T, No.1 Sanle North Road, Sanhongqi Neighborhood Committee, Beijiao, Shunde District, Foshan, Guangdong, 528311, China

## Rights and Permissions

**Organization Name:** FS GIIKER TECHNOLOGY CO., LTD.
**Address:** R2 Fl.1 Building T, No.1 Sanle North Road, Sanhongqi Neighborhood

**Registration #:**   VA0002465098
**Service Request #:**   1-15010172571



Witmart Inc
Melody Wang
10190 Harwin Dr.  Ste B,
Houston, Texas 77036 United States

Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-465-098**

**Effective Date of Registration:**
September 25, 2025
**Registration Decision Date:**
September 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      **For Photographs Published:**   December 29, 2023 to December 29, 2023

### Title _____

               **Title of Group:**  Tic Tac Toe Bolt
**Number of Photographs in Group:**  48

### Completion/Publication _____

           **Year of Completion:**  2023
  **Earliest Publication Date in Group:**  December 29, 2023
    **Latest Publication Date in Group:**  December 29, 2023
      **Nation of First Publication:**  China

### Author _____

       •        **Author:**  FS GIIKER TECHNOLOGY CO., LTD.
       **Author Created:**  photographs
  **Work made for hire:**  Yes
          **Citizen of:**  China

### Copyright Claimant _____

  **Copyright Claimant:**  FS GIIKER TECHNOLOGY CO., LTD.
                    R2 Fl.1 Building T, No.1 Sanle North Road, Sanhongqi Neighborhood
                    Committee, Beijiao, Shunde District, Foshan, Guangdong, 528311, China

### Rights and Permissions _____

    **Organization Name:**  FS GIIKER TECHNOLOGY CO., LTD.
           **Address:**  R2 Fl.1 Building T, No.1 Sanle North Road, Sanhongqi Neighborhood































































































