# EXHIBIT 2







1. 





















1. **Couomoxa**









2. **Kocyare**









3.  **YouNan**





























4. **Yundaous**









**5.  Kusong Direct**











6. **Ouyang 2024**









7. **Bacare-USA**











**8. Visrefur Direct**









9.  **Mandy Home**









**10. Estuchelandia**









**Exhibit 2 Infringing Evidence and Listings-Part2 Tiktok Sellers**

**11. Mobiverse**

















**12. Supgame**

































**13. Fun Smart Toys**







**14. Mountain Hua**













**15. AotBlcer**











**16. Jiujiu37**























### 17. Zyyp











**18. Massrt**









**19. Xingze Electronics**





























**20. Ddstoryshop**







**21. Kuddotoy**







**22. Jiujiu86**

























**23. Hallee Bob**







**24. Dricher Toys**







**25. Time and Space Epoch Shop**









