Robert Garson
GS2LAW PLLC
20801 Biscayne Blvd, Suite 506
Aventura, Florida 33180
Tel: 305-780-5212
rg@gs2law.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FS GiiKER Technology Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No.:1:25-cv-25129 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS CONTAINING IDENTIFYING INFORMATION ABOUT THE DEFENDANTS**

Plaintiff, FS GiiKER Technology Co. Ltd. ("Plaintiff") by and through its undersigned counsel, hereby moves this Honorable Court for an order allowing Plaintiff to file under seal in the future certain documents containing identifying information about the Defendants, and as grounds therefore states as follows:

1. This is a copyright infringement and piracy case.

2. Good cause to seal the documents that are the subject of this Motion pursuant to the requirements of Local Rule 5.4, that have been followed, is set forth herein.

3. Pursuant to S.D. Fla. L.R. 5.4(b)(1), Plaintiff moves this Court for an order allowing it to file under seal the following documents:

a) Schedule "A" to the Complaint.

4. Here, good cause exists to keep the documents requested under seal from the public.

5. Plaintiff has learned that Defendants are engaged in the promotion, advertisement, distribution, offering for sale, and sale of goods bearing or using unauthorized reproductions and derivatives of Plaintiff's copyrighted works within this district, without authorization, through various Internet based e-commerce stores, and fully interactive, commercial Internet websites.

6. Defendants' infringing and counterfeiting activities are causing irreparable injury to Plaintiff and causing an overall degradation of the reputation, value and goodwill associated with Plaintiff's intellectual property assets.

7. Moreover, these Defendants e-commerce stores are mostly, if not all, foreign Chinese sellers. Counterfeiting and infringement lawsuits like this one are closely monitored by Chinese defendants on websites like www.sellerdefense.cn, social media (QQ, WeChat, etc.), and elsewhere on the internet.

8. The www.sellerdefense.cn website and others warn infringers specifically of product types, brands, law firms filing cases, and other information necessary for defendants, like those named in this case, to evade Plaintiff's anti-pirating and anti-infringing efforts and hide their ill-gotten gains.

9. Further, temporarily sealing Schedule "A" to the Complaint will prevent Defendants from prematurely receiving notice of Plaintiff's investigation into the operation of their illegal businesses.

10. In light of the illicit nature of the infringing business and the ability of infringers to practically eliminate their evidentiary trails by conducting their business entirely over the Internet, Plaintiff has good reason to believe that providing advance notification of Plaintiff's claims would cause Defendants to hide or transfer their ill-gotten assets, inventory, and related records beyond the jurisdiction of this Court and thereby thwart the Court's ability to grant meaningful relief. Accordingly, Plaintiff is seeking *ex parte* relief in this action.

11. As Defendants continue to engage in illegal infringing activities, Plaintiff has no reason to believe Defendants will make their assets available for or will adhere to the authority of this Court any more than they have adhered to federal copyrights laws.

12. Plaintiff requests Schedule "A" to the Complaint remain under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. At that time, Plaintiff will move to unseal and will make Schedule "A" to the Complaint publicly available in the docket of this case with this Court to Defendants.

WHEREFORE, Plaintiff respectfully prays that this Court enter an Order directing the clerk of court to seal the following documents on filing:

a) Schedule "A" to the Complaint; and

Dated: November 6, 2025
Aventura, FL

**GS2LAW PLLC**
Robert Garson
20801 Biscayne Blvd, Suite 506
Aventura, Florida 33180
Tel: 305-780-5212
rg@gs2law.com

*Counsel for Plaintiff*