**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| FS GiiKER Technology Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | CASE NO. 1:25-cv-25129-PCH |

**PLAINTIFF'S EXHIBIT LIST**

| No. | EXHIBIT DESCRIPTION | DEFENDANT'S OBJECTIONS | ADMITTED/ EXCLUDED |
|---|---|---|---|
| Ex. 1 | U.S. Copyright Registration Certificates (VA 2-463-567 and VA 2-465-098) | | |
| Ex. 2 | Defendant Internet Store Screenshots and Proof of Orders (Nov. 2025) | | |
| Ex. 3 | Intellectual Property Rights Seizure Statistics (U.S. Customs and Border Protection) | | |
| Ex. 4 | Alibaba, Amazon, and Counterfeiting in the Age of the Internet | | |
| Ex. 5 | Combating Trafficking in Counterfeit and Pirated Goods (Industry Report) | | |
| Ex. 6 | GiiKER's Product Development group communication in April 2023 | | |
| Ex. 7 | November 2023 original visual design – product images and internal team communications regarding handheld | | |

| No. | EXHIBIT DESCRIPTION | DEFENDANT'S OBJECTIONS | ADMITTED/ EXCLUDED |
|---|---|---|---|
| | board game devices with multi-colors including yellow, green, pink, blue, white, purple and other colors | | |
| Ex. 8 | PRC Design Patent No. CN308717248S – "Handheld Game 1" – design patent applied for in 2023 and approved in 2024 (handheld game). | | |
| Ex. 9 | PRC Design Patent No. CN308639283S – "Handheld Game Screen" – design patent applied for in 2023 and approved in 2024 (handheld game screen). | | |
| Ex. 10 | PRC Invention Patent Application No. CN117695610A – handheld game – invention patent applied for in 2023 and approved in 2024. | | |
| Ex. 11 | PRC Utility Model Patent No. CN221651128U – handheld game – utility patent applied for in 2023 and approved in 2024. | | |
| Ex. 12 | PCT Application – published version – Application No. C24W9856 (2024). | | |
| Ex. 13 | December 29, 2023 Tmall product listing screenshot for the accused handheld game product. | | |
| Ex. 14 | December 29, 2023 JD.com board game product listing screenshot for the accused handheld game product. | | |
| Ex. 15 | Copyright Registration and images No. 1083 – China (Guangdong) – Certificate 2024-L-00001083 for the GiiKER handheld game work. | | |
| Ex. 16 | Copyright Registration and images No. 0182 – China (Guangdong) – Certificate 2024-L-00000182 for the GiiKER handheld game work. | | |
| Ex. 17 | Copyright Registration and images No. 0191 – China (Guangdong) – Certificate 2024-L-00000191 for the GiiKER handheld game work. | | |

| No. | EXHIBIT DESCRIPTION | DEFENDANT'S OBJECTIONS | ADMITTED/ EXCLUDED |
|---|---|---|---|
| Ex. 18 | Copyright Registration and images corresponding to Copyright Registration No. 0191 (China Guangdong 2024-L-00000191). | | |
| Ex. 19 | Copyrighted video corresponding to Copyright Registration No. 0037 – video file "202401Z11GD000122_1704185898973" evidencing the GiiKER handheld game. | | |
| Ex. 20 | February 2024 GiiKER's Yellow Version Listing on Amazon | | |
| Ex. 21 | April 2024 GiiKER's Instagram Announcement of Board Game Device | | |
| Ex. 22 | April 2024 GiiKER's Youtube Announcement of Board Game Device | | |
| Ex. 23 | April 2024 GiiKER's Corporate Website with Board Game Device | | |
| Ex. 24 | March 2024 English product introduction brochure for the yellow-color product package sold on Amazon (file name 3.4016007_V3.1_20240307). | | |
| Ex. 25 | May 2024 English product introduction brochure for the pink-color product package sold on Amazon (file name 3.4016019_V3.0_20240520). | | |
| Ex. 26 | May 2024 English product introduction brochure for the green-color product package sold on Amazon (file name 3.4016021_V3.0_20240520). | | |
| Ex. 27 | May 2024 GiiKER's Green Version Listing on Amazon | | |
| Ex. 28 | June 2024 GiiKER's Pink Version Listing on Amazon | | |
| Ex. 29 | September 2025 GiiKER Copyright Application Files | | |

| No. | EXHIBIT DESCRIPTION | DEFENDANT'S OBJECTIONS | ADMITTED/ EXCLUDED |
|---|---|---|---|
| Ex. 30 | November 14, 2025 USPTO patent application for the GiiKER handheld game and corresponding USPTO Acknowledgement Receipt. | | |
| Ex. 31 | Creative Child Award-GiiKER Tic-Tac-Toe Bolt | | |
| Ex. 32 | National Parenting Product Award-GiiKER | | |
| Ex. 33 | Family Choice Award-GiiKER | | |
| Ex. 34 | Mom's Choice Award-GiiKER | | |
| Ex. 35 | Parent's Pick Award-GiiKER | | |
| Ex. 36 | Academic's Choice Award(Brain Toy)-GiiKER | | |
| Ex. 37 | Defendants' Willful Infringement of GiiKER Product Design | | |
| Ex. 38 | (2025) GiiKER v. Lingzhi & Chaohuifeng Judgement in Chinese and English Summary | | |
| Ex. 39 | (2025) Jike(GiiKER)  v. Buwawa Judgement in Chinese and English Summary | | |
| Ex. 40 | Certification of Translation for All Translation | | |
| Ex. 41 | Defendants Morehomy, Younan, and Jiheng's Responses to Plaintiff's First Set of Interrogatories | | |
| Ex. 42 | Defendants Morehomy, Younan, and Jiheng's Responses to Plaintiff's Requests for Production | | |
| Ex. 43 | Plaintiff's Responses  to Defendants' Request for Production | | |
| Ex. 44 | Plaintiff's Responses to Defendants' Interrogatories | | |
| Ex. 45 | Plaintiff's Complaint | | |
| Ex. 46 | Defendant's Answer and Affirmative Defenses to the Complaint | | |
| Ex. 47 | Plaintiff's Motion for Injunctive Relief | | |
| Ex. 48 | Defendants' Response to Motion to Extend TRO | | |

| No. | EXHIBIT DESCRIPTION | DEFENDANT'S OBJECTIONS | ADMITTED/ EXCLUDED |
|---|---|---|---|
| Ex. 49 | Defendants' Response to Motion for Injunctive Relief | | |
| Ex. 50 | Witness Statement of Su Ziming with Exhibits | | |
| Ex. 51 | Amended Order Granting Application for Entry of Temporary Restraining Order | | |
| Ex. 52 | Plaintiff's Amended Responses to Defendants' Interrogatories | | |
| Ex. 53 | Plaintiff's Amended Responses to Defendants' Request for Production | | |
| Ex. 54 | Defendant BACARE-USA's Responses to Plaintiff's First Set of Interrogatories | | |
| Ex. 55 | Defendant BACARE-USA's Responses to Plaintiff's Requests for Production | | |