UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-25129-PCH

FS GiiKER Technology Co. Ltd.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon Defendants' Expedited Motion to Stay **[ECF No. 94]** (the "Motion"). It is in the best interests of the Parties for the Court to promptly decide this matter. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a response to Defendant's Motion on or before **Monday, January 19, 2026**. Defendants shall file their reply in support of their Motion **five days** thereafter.

**DONE AND ORDERED** in Miami, Florida on January 8, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record