# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FS GiiKER Technology Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:25-cv-25129 |

## ORDER

THIS CAUSE comes before the Court on Defendants' Morehomy, Jiheng, Younan, BACARE-USA, VISREFUR Direct, yundaous, COUOMOXA, and OUYANG2024 Motion to Modify Asset Restraints [ECF No. 113] and Motion to Expedite Consideration of their Motion to Modify Asset Restraints [ECF No. 142]. Plaintiff filed a Response in Opposition to Defendants' Motion to Modify Asset Restraints [ECF No. 124], and Defendants filed a Reply in Support of Their Motion to Modify Asset Restraints [ECF No. 140]. The Court held a hearing on the motions on March 6, 2026. Additionally, on March 6, 2026, Defendants filed a proposed distribution plan for the release of ten percent (10%) of the restrained funds. *See* ECF No. 147.

The Court has considered the Motions, the Responses, the arguments of counsel at the March 6th Hearing, and the record. For the reasons stated on the record at the March 6th Hearing and in

the interest of both protecting the Plaintiff's ability to obtain the relief to which it is entitled and providing some relief to Defendants for the operation of their businesses, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Defendant's Motion to Modify Asset Restraint [ECF No. 113] is **GRANTED IN PART.**

2. The Court's Permanent Injunction [ECF No. 81] shall be modified to release ten percent (10%) of the total restrained funds. The adjusted amount of funds that shall remain restrained for each Defendant are set forth in the table below:

| Defendant | Amount Currently Restrained (as reflected in ECF No. 121) | Amount to Remain Restrained After Release |
|---|---|---|
| COUOMOXA | $371,164.41 | $334,047.97 |
| OUYANG2024 | $8,091.34 | $7,282.21 |
| Morehomy | $91,601.68 | $82,441.51 |
| Jiheng | $4,252.66 | $3,827.39 |
| Younan | $2,500.02 | $2,250.02 |
| BACARE-USA | $46,286.56 | $41,657.90 |
| VISREFUR Direct | $55,757.24 | $50,181.52 |
| yundaous | $15,075.82 | $13,568.24 |
| **Total** | **$594,729.73** | **$535,256.76** |

3. Amazon.com, Inc. ("Amazon") is hereby **DIRECTED** to release any and all funds held

in each Defendant's account in excess of the "Amount to Remain Restrained After Release" set forth in the table above. Amazon shall complete such release within **two (2) business days** of receipt of this Order.

4. Plaintiff FS GiiKER Technology Co. Ltd. is hereby **DIRECTED** to serve a copy of this Order upon Amazon within **forty-eight (48) hours** of receipt of this Order, along with written notice of the specific adjusted restrained amounts for each Defendant as set forth herein.

**DONE and ORDERED** in Miami, Florida, on March 6, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record