**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FS GiiKER Technology Co. Ltd., | Case No. 1:25-cv-25129 |
| Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

**ORDER**

THIS CAUSE is before the Court on Defendants' Morehomy, Jiheng, Younan, BACARE-USA, VISREFUR Direct, MobiVerse, yundaous, COUOMOXA, Kusong Direct, and OUYANG2024 (collectively, "Defendants") Motion for Attorney's Fees Pursuant to Court's April 6, 2026 Order [ECF. No. 221] (the "Motion").

On April 6, 2026, the Court awarded Defendants reasonable attorneys' fees in connection with the preparation of Defendants Status Report Regarding Deficiencies in Plaintiff's Discovery Objections and Defendants' Concerns Regarding Imminent Discovery Compliance. *See* ECF No. 175. Accordingly, the only remaining issue is the amount of attorneys' fees. Defendants filed the Motion on April 25, 2026. Plaintiff filed a Response in Opposition to the Motion [ECF No. 226], and Defendants filed a Reply in Support of the Motion [ECF. No 237]. Defendants' counsel also

1

submitted their fee agreement with their clients to the Court. The Court held a hearing on the Motion on May 20, 2026 (the "Hearing").

The Court, having reviewed the parties' briefing, Defendants' fee agreement, and Defendants' time records, finds that Defendants' request for attorneys' fees in the amount of $3,010 is reasonable. Defendants requested a rate of $350 per hour for both Hongchang Deng and Jianyin Liu. The Court finds that this is a reasonable rate for Mr. Deng and Mr. Liu in the Southern District of Florida as intellectual property litigators in light of Mr. Deng and Mr. Liu's experience, the quality of their work on this matter, their fee agreement with their clients, and other factors, as stated in detail on the record. Further, having reviewed Defendants' timekeeping records, the Court finds that the 8.6 hours claimed in total by Mr. Deng and Mr. Liu were reasonable and necessary, as stated in detail on the record. Thus, under the lodestar method, Defendants are entitled to $3,010 in attorneys' fees.

Accordingly, for the foregoing reasons, and for the reasons stated on the record at the Hearing, which the Court hereby adopts and incorporates by reference, it is **ORDERED** and **ADJUDGED** that

1. Defendants' Motion [ECF No. 221] is **GRANTED.**

2. Plaintiff shall pay Defendants reasonable attorneys' fees in the amount of $3,010.

**DONE and ORDERED** in Miami, Florida, on May 20, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc: Magistrate Judge Lauren Louis
All counsel of record