**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FS GiiKER Technology Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:25-cv-25129 |

## ORDER

THIS CAUSE is before the Court on Plaintiff FS GiiKER Technology Co. Ltd.'s ("GiiKER") Cross Motion for Plaintiff's Fees, Costs, Sanctions, and Contempt-related Relief [ECF No. 227] (the "Motion"). The Motion was filed as a part of Plaintiff's Response in Opposition to Defendants' Motion for Attorney's Fees [ECF No. 221]. Defendants' filed a Response in Opposition to the Motion [ECF No. 239]. The Court held a hearing on the Motion on May 20, 2026 (the "Hearing"). Because Plaintiff's Motion is procedurally improper, and for the reasons stated on the record at the Hearing, which the Court hereby adopts and incorporates by reference, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion is **DENIED without prejudice**.

1

**DONE and ORDERED** in Miami, Florida, on May 21, 2026.

_____

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc: Magistrate Judge Lauren Louis
All counsel of record