**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FS GiiKER Technology Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:25-cv-25129 |

## ORDER

THIS CAUSE is before the Court on Defendants' Time and Space Epoch Shop and Halee bob Motion to Dismiss for Insufficient Service of Process, Lack of Prosecution, and Misjoinder [ECF No. 177], filed on April 6, 2026. Plaintiff did not file a response in opposition to the Motion. The Court held a hearing on the Motion on May 20, 2026. For the reasons stated on the record at the hearing, which the Court hereby adopts and incorporates by reference, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants' Motion to Dismiss for Insufficient Service of Process, Lack of Prosecution, and Misjoinder **[ECF No. 177]** is granted.

2. The complaint is **dismissed without prejudice** as to defendants Time and Space Epoch Shop and Halee bob.

1

**DONE and ORDERED** in Miami, Florida, on May 21, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc: Magistrate Judge Lauren Louis
All counsel of record